Roberta Jacobs–Meadway, Eckert Seamans Cherin & Mellott, LLC, of Philadelphia, PA, argued for appellants. With her on the brief were Bridget Heffernan Labutta, David V. Radack, and Philip E. Levy.

Lore A. Unt, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With her on the brief were Nathan K. Kelley, Solicitor, and Frances M. Lynch, Associate Solicitor.

DYK, TARANTO, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

This Cause having been heard and considered, it is

Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

### In re PACTIV LLC.

Nos. 2014–1066, 2014–1069, 2014–1067, 2014–1070, 2014–1068.

United States Court of Appeals, Federal Circuit.

Sept. 15, 2014.

Rehearing and Rehearing En Banc Denied Nov. 18, 2014.

Daniel H. Shulman, Reynolds Group Holdings, Ltd., of Lake Forest, Illinois, argued for appellant. With him on the brief was John C. Gatz, Nixon Peabody LLP, of Chicago, Illinois.

Amy J. Nelson, Associate Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for appellee. With her on the brief were Nathan K. Kelley, Solicitor, Scott C. Weidenfeller, Senior Counsel for Patent Law and Litigation, and Robert J. McManus, Associate Solicitor.

PROST, Chief Judge, NEWMAN and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

This Cause having been heard and considered, it is

Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**FINJAN INC., a Delaware corporation, Plaintiff–Appellant,**

v.

**SYMANTEC CORP., a Delaware corporation, Websense Inc., a Delaware corporation, and Sophos Inc., a Massachusetts corporation, Defendants–Appellees.**

No. 2013–1682.

United States Court of Appeals, Federal Circuit.

Sept. 15, 2014.